**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**William Craig CARNELL, Respondent.**

Supreme Court of Pennsylvania.

Oct. 14, 2015.

***ORDER***

PER CURIAM

**AND NOW,** this 14th day of October, 2015, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case is **REMANDED** to the Superior Court for further consideration in light of *Commonwealth v. Carrasquillo,* —— Pa. ——, 115 A.3d 1284 (2015). Jurisdiction relinquished.